FILED
04-10-2025
Walworth County
Clerk of Circuit Court
2025CV000278
Honorable Estee Scholtz
Branch 1

**STATE OF WISCONSIN** **CIRCUIT COURT** **WALWORTH**

Robert Harley et al vs. Walmart, Inc

**Electronic Filing Notice**

Case No. 2025CV000278
Class Code: Other-Personal Injury

WALMART, INC
301 S. BEDFORD STREET, SUITE 1
C/O REGISTERED AGENT , CT CORPORATION
MADISON WI 53703

4-11-25
1:50

UNREDACTED

Case number 2025CV000278 was electronically filed with/converted by the Walworth County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 38b0e6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-741-7012.

Walworth County Circuit Court
Date: April 10, 2025

FILED
04-10-2025
Walworth County
Clerk of Circuit Court
2025CV000278
Honorable Estee Scholtz
Branch 1

STATE OF WISCONSIN : CIRCUIT COURT : WALWORTH COUNTY

ROBERT HARLEY
11733-4 W. Vernon Avenue
Los Angeles, CA 90037

Plaintiff,

Case No. ___________
Case Code:30107

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum Street
Hartford, CT 06103

WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 West Wilson Street
Madison, WI 53703

Involuntary Plaintiffs,

v.

WALMART, INC.
c/o Registered Agent, CT Corporation
301 S. Bedford Street, Suite 1
Madison, WI 53703

Defendant.

---

## SUMMONS

---

**THE STATE OF WISCONSIN**

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within (45) days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 if the Wisconsin Statutes, to the Complaint.

The Court may reject or disregard an answer that does not follow the requirements of the statutes.

The answer must be sent or delivered to the **CLERK** for the **CIRCUIT COURT OF WALWORTH COUNTY, WISCONSIN**, whose address is **1800 COUNTY ROAD NN, ELKHORN, WI 53121,** and, to **JAMES M. PAYNE**, **R. F. WITTMEYER**, Plaintiff's attorneys, whose address is **520 58TH STREET, KENOSHA, WI 53140**. You may have an attorney help or represent you.

If you do not provide a proper answer within (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint.

A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated in Kenosha, Wisconsin, this 10th day of April, 2025.

**R.F. WITTMEYER, LTD.**
Attorneys for Plaintiff Robert Harley

BY: *Electronically signed by James M. Payne*

James M. Payne
State Bar No. 1105889
jmp@InjuryLawAttys.com

**Mailing Address**
2101 S. Arlington Heights Road, Ste. 103
Arlington Heights, IL 60005
520 58th Street, Ste. 101
Kenosha, WI 53140
(847) 357-0403 / (847) 357-0417 (facsimile)

FILED
04-10-2025
Walworth County
Clerk of Circuit Court
2025CV000278
Honorable Estee Scholtz
Branch 1

STATE OF WISCONSIN : CIRCUIT COURT : WALWORTH COUNTY

ROBERT HARLEY
11733-4 W. Vernon Avenue
Los Angeles, CA 90037

Plaintiff,

Case No. ___________
Case Code:30107

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum Street
Hartford, CT 06103

WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 West Wilson Street
Madison, WI 53703

Involuntary Plaintiffs,

v.

WALMART, INC.
c/o Registered Agent, CT Corporation
301 S. Bedford Street, Suite 1
Madison, WI 53703

Defendant.

## COMPLAINT

NOW COMES Plaintiff, Robert Harley, by and through his attorneys, R. F. WITTMEYER, LTD., James M. Payne, and as for his Complaint states and avers as follows:

## INTRODUCTION

1. This is a civil action seeking monetary damages against Defendants for committing acts of negligence against Plaintiff.

## PARTIES

2. Plaintiff, Robert Harley ("Plaintiff"), is an adult resident of the State of California who resides at the address stated in the caption. At all times relevant, Plaintiff was a resident of Wisconsin.

3. Involuntary Plaintiff, UnitedHealthcare Insurance Company ("UIC"), is a foreign corporation that provides and/or administers health insurance plans or coverage in the State of Wisconsin. Involuntary Plaintiff, UIC, may be a necessary party by virtue of having provided healthcare coverage or administered a health care plan to Plaintiff as a result of the events alleged hereinafter. As a result of said action(s), UIC may have a right of subrogation, reimbursement, or other recovery interest in the claim(s) of Plaintiff. Plaintiff affirmatively alleges that any such right is subject to the "made whole" doctrine, the "common fund" doctrine, and any and all state and federal laws that may reduce or preclude recovery by UIC.

4. Involuntary Plaintiff, Wisconsin Department of Health Services ("WDHS"), is a Department of the State of Wisconsin that, *inter alia*, administers healthcare coverage to Wisconsin residents including United Healthcare Medicare Advantage expenditures. WDHS may be a necessary party by virtue of having provided healthcare coverage to Plaintiff as a result of the events alleged hereinafter. As a result of said coverage, WDHS may have a right of subrogation and/or reimbursement. Plaintiff affirmatively alleges that any such right of subrogation and/or reimbursement is subject to the "made whole" doctrine, the "common fund" doctrine, and any and all state and federal laws that may reduce or preclude recovery by WDHS.

5. Defendant, Walmart, Inc. ("Wal\mart"), is a foreign corporation with an address for its registered agent in the State of Wisconsin as stated in the caption. As a

result of the events alleged below, Walmart is liable to Plaintiff for personal injuries he sustained due to the Defendant's negligence.

**FIRST CAUSE OF ACTION: NEGLIGENCE**

6. Plaintiff repeats, re-alleges, and incorporates by reference the allegations contained in paragraphs 1-5 above with the same force and effect as if set forth at length herein.

7. On or about April 22, 2022, Plaintiff was a customer at the Defendant's store located at 201 Edwards Boulevard, Lake Geneva, WI 53147 (hereinafter "Subject Premises").

8. On the date of the incident, Plaintiff was loading his purchases into his vehicle near a display of kayaks at the Subject Premises ("Subject Area").

9. At said time and place, Defendant's employees were in the process of detaching a kayak from the display.

10. Said kayak dropped onto Plaintiff, causing him serious injury.

11. At all material times hereto, Walmart owed Plaintiff a duty of care to operate its business in a safe, careful, and reasonable manner so as to avoid injuring Plaintiff.

12. In breach of its duty, Plaintiff's injuries were caused by the recklessness, carelessness, and negligence of Walmart for among other acts and omissions:

a. Negligently failed to adhere to its policies and procedures for the removal of heavy objects from a display;

b. Failed to take all reasonable safety precautions to protect customers regarding the moving of heavy objects from a display;

c. Negligently removed a heavy object from the display while Plaintiff and others were in the vicinity of said display;

d. Failed to take reasonable safety precautions to protect customers from a foreseeable event, removing a heavy object from a display;

e. Failed to warn customers of dangers and hazards then and there existing at the time of the incident;

f. Failed to keep and maintain Subject Premises free from hazards as required by Wisconsin law;

g. Failed to exercise the reasonable care expected of a large business with a high volume of daily customers in the State of Wisconsin under the circumstances then and there existing;

h. Failed to instruct, train, and supervise its employees regarding the safe and proper operation of removing a heavy object from a display; and

i. All other negligence not currently known to Plaintiff, but which may become known to Plaintiff at a later date.

13. As a direct and proximate result of one of the aforesaid negligent and careless acts or omissions of Walmart, the Plaintiff suffered the following: serious, painful, and permanent bodily injuries, significant physical and mental pain and anguish, and severe and substantial emotional pain; was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering; and was, is, and will be precluded from engaging in normal activities and pursuits, including permanent injuries.

14. The accident occurred as a result of Walmart aforesaid negligent acts or omissions. As a result, Walmart is liable to Plaintiff in an amount to be determined for past pain and suffering, past medical expenses, future pain and suffering, future medical expenses, permanent injuries, and out-of-pocket expenses.

**SECOND CAUSE OF ACTION: SUBROGATED PARTIES**

15. Upon information and belief, Involuntary Plaintiffs, UIC and WDHS, may have paid certain medical expenses, in an undetermined amount, incurred by Plaintiff as a result of the injuries he sustained due to the aforesaid negligence described more fully above.

16. Upon information and belief, Involuntary Plaintiffs, UIC and WDHS may have subrogation rights in the claim(s) of Plaintiff. However, any subrogation right the Involuntary Plaintiffs may have is subject to the rights of Plaintiff to be made whole and to be reduced, waived, nullified, or otherwise modified in accordance with state or federal law as applicable, which may result in no right of recovery for UIC and WDHS in this action.

**RELIEF**

WHEREFORE, Plaintiff, Robert Harley, demands judgment against Defendant Walmart, Inc. as follows:

I. On behalf of Plaintiff, for a monetary award on the first cause of action in an amount to be determined for personal injuries, past and future pain and suffering, past and future medical expenses, permanent injuries, emotional distress and mental anguish, and out-of-pocket expenses;

II. On behalf of the Involuntary Plaintiffs, UIC and WDHS for a monetary award on the second cause of action and for a declaratory judgment as to its subrogated interests, if any, in the claim for damages of Plaintiff;

III. For an award of actual and statutory attorney's fees, costs, pre- and post-judgment interest, and disbursements; and

IV. For all other relief the Court finds just and equitable.

**TRIAL BY JURY OF TWELVE (12) IS HEREBY DEMANDED**

Dated in Kenosha, Wisconsin, this 10th day of April, 2025.

**R.F. WITTMEYER, LTD.**
Attorneys for Plaintiff Robert Harley

*Electronically signed by James M. Payne*

BY: ______________________
James M. Payne
State Bar No. 1105889
jmp@injurylawattys.com

**Mailing Address**
2101 S. Arlington Heights Rd., Suite 103
Arlington Heights, IL 60005
520 58th Street, Suite 101
Kenosha, WI 53140
(847) 357-0403
(847) 357-0417 (facsimile)